UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-07-495 LKK |
| v. | ) | |
| | ) | |
| BRYAN SCOTT BEAGLE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:      BRYAN SCOTT BEAGLE, X-REF. NO: 2118179
Detained at (custodian):  RCCC - Elk Grove, California

Detainee is:
- a.) (X) charged in this district by: (X) Indictment () Information () Complaint charging detainee with: Possession with Intent to Distribute
- or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) () return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Camil A. Skipper
Printed Name & Phone No: CAMIL A. SKIPPER (916) 554-2709
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/14/07

United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): ____
Booking or CDC #: X - REF. NO. 2118179
Facility Address: 12500 Bruceville Road, Elk Grove, CA 95757
Facility Phone: (916) 874-1837
Currently Incarcerated For: Use of Interstate or Foreign Commerce to Transport Fictitious Obligations; Bank Fraud (3 counts); Access Device Fraud (6 counts).

X Male  Female
DOB: 7/4/70
Race:
FBI #:

### RETURN OF SERVICE

Executed on ____    By: ____
                              (Signature)