1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRIAN SCOTT BEAGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-495 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| BRIAN SCOTT BEAGLE, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

This matter came before the Court for Status Conference on December 4, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Camil A. Skipper. Defendant Brian Scott Beagle was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on January 8, 2008 at 9:30 a.m.

The parties agreed on the need for additional time to allow time

1  for defense preparation.
2          IT IS HEREBY ORDERED that this matter be set for further Status
3  Conference on January 8, 2008 at 9:30 a.m..
4          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from December 4, 2007 to and including January 8, 2008 is excluded from
7  the time computations required by the Speedy Trial Act due to ongoing
8  preparation of counsel.

10 DATED: December 7, 2007

12 _____
   LAWRENCE K. KARLTON
13 SENIOR JUDGE
   UNITED STATES DISTRICT COURT