DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN SCOTT BEAGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO. CR.S-07-495-LKK |
| )   | |
| Plaintiff,   ) | |
| )   | **STIPULATION AND ORDER;** |
| v.    )  | **CONTINUING STATUS CONFERENCE** |
| )    | **AND EXCLUDING TIME** |
| BRIAN SCOTT BEAGLE,   ) | |
| )   | Date:  February 20, 2008 |
| )   | Time:  9:30 a.m. |
| Defendant.   ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STEVE LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 20, 2008 be vacated, and the matter be set for status conference on March 4, 2008 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 4, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED:  February 19, 2008.            Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Public Defender
5

6
   DATED:  February 19, 2008.            /s/ Linda C. Harter
7                                         LINDA C. HARTER
                                          Chief Assistant Federal Defender
8                                         Attorney for Defendant

9                                         McGREGOR W. SCOTT
                                          United States Attorney
10

11
   DATED:  February 19, 2008.            /s/Steve Lapham
12                                        STEVE LAPHAM
                                          Assistant U.S. Attorney
13                                        Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 4, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT