1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

6

7                 IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA    )      CR NO. S-07-0495 LKK
                               )
10                Plaintiff,    )      STIPULATION AND ORDER
                               )      CONTINUING STATUS CONFERENCE
11       v.                     )
                               )
12  BRIAN SCOTT BEAGLE,        )       Date:  March 4, 2008
                               )       Time:  9:30 a.m.
13                Defendant.    )      Court:  Hon. Lawrence K. Karlton
   _____)

14

15

16       It is hereby stipulated and agreed by the parties, subject to

17  the approval of the court, that the Status Conference currently

18  scheduled for March 4, 2008, in the courtroom of the Honorable

19  Lawrence K. Karlton, may be continued to March 11, 2008.  This

20  continuance is necessary to permit the parties additional time to

21  resolve the matter.

22       It is further stipulated and agreed by the parties that the

23  interests of justice served by granting this continuance outweigh

24  the interest of the public and the defendant in a speedy trial and

25  that time may therefore be excluded under the Speedy Trial Act

26  ////

27  ////

28  ////

                                   1

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) (local code T-4) from

2  March 4, 2008 through March 18, 2008.

3  DATED:_____

4                                    McGREGOR W. SCOTT
                                      United States Attorney

5

6                              By: s/R. Steven Lapham
                                      R. STEVEN LAPHAM
7                                     Assistant U.S. Attorney

8

9

10 DATED:_____      s/Linda C. Harter
                                      LINDA C. HARTER
11                                    Chief Assistant Federal Defender

12

13
                                      ORDER
14
          IT IS SO ORDERED.
15

16 DATE: March 3, 2008

17

18                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
19                                    UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                                   2